1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant U.S. Attorney

5
   450 Golden Gate Ave (11th Floor)
6  San Francisco, CA 94102
   Telephone: (415) 436-6959
7  Facsimile: (415) 436-6753
   E-mail: william.frentzen@usdoj.gov

8
   Attorneys for the United States
9

*FILED*

*JUL 16 2008*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

                    UNITED STATES DISTRICT COURT

10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )    NO. CR 08-70445 (MJ)
                                     )
14        Plaintiff,                 )
                                     )    NOTICE OF PROCEEDINGS ON
15        v.                         )    OUT-OF-DISTRICT CRIMINAL
                                     )    CHARGES PURSUANT TO RULES
16  ARTHUR LO, and                   )    5(c)(2) AND (3) OF THE FEDERAL RULES
    DEBRA LEE                        )    OF CRIMINAL PROCEDURE
17        Defendant.                 )
                                     )
18  _____ )

19      Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20  Procedure that on July 16, 2008, Arthur Lo was arrested  based upon an arrest warrant (copy

21  attached) issued upon an

22      ☐  Indictment

23      ☐  Information

24      ☒  Criminal Complaint

25      ☐  Other (describe) _____

26  pending in the ___Eastern_____ District of ___California_____, Case Number _

27  02:08-MJ-240_____.

28

                                        1

1    In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States

2    Code, Section(s) __841(a)(1)__ .

3    Description of Charges: ___Distribution of Narcotics_____.

4

5    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

6    Procedure that on July 16, 2008, Debra Lee was arrested  based upon an arrest warrant (copy

7    attached) issued upon an

8    ☒ Indictment

9    ☐ Information

10   ☐ Criminal Complaint

11   ☐ Other (describe) _____

12   pending in the _____ District of __Colorado_____, Case Number 07-CR-

13   429(REB)_____ .

14   In that case, the defendant is charged with a violation(s) of Title(s) __18__ United States

15   Code, Section(s) __841__ .

16   Description of Charges: ___Distribution of Narcotics_____

17   _____ .

18

19                                        Respectfully Submitted,
                                          JOSEPH P. RUSSONIELLO
20                                        UNITED STATES ATTORNEY

21   Date:   7/16/08
                                          WILLIAM FRENTZEN
22                                        Assistant U.S. Attorney

23

24

25

26

27

28

                                    2

Case 1:07-cr-00429-REB    Document 50    Filed 02/28/2008    Page 1 of 1

# United States District Court

———— DISTRICT OF COLORADO ————

### UNITED STATES OF AMERICA
v.

ARTHUR LO

**WARRANT FOR ARREST**

CASE NUMBER:

To:    The United States Marshal
and any Authorized United States Officer    **07 - C R - 0 0 4 2 9-REB**

YOU ARE HEREBY COMMANDED to arrest _____ ARTHUR LO _____
Name

and bring him forthwith to the nearest magistrate to answer an

**X** Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

knowingly and intentionally conspiring to possess with intent to distribute, and to distribute a mixture or substance containing a detectable amount of 3, 4-methylenedioxy methamphetamine (MDMA) (commonly known as "Ecstasy" or "X")

in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

GREGORY C. LANGHAM
Clerk, U. S. District Court

Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

2-28-08 Denver, Co

Date and Location

BAIL FIXED AT $_____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | | |
| DATE OF ARREST | | |

AO 442 (Rev. 10/95) Warrant for Arrest

## UNITED STATES DISTRICT COURT

SEALED EASTERN DISTRICT OF CALIFORNIA

———————oOo———————

### UNITED STATES OF AMERICA

v.

ARTHUR LAO FONG LO

**WARRANT FOR ARREST**

CASE NUMBER:

$2\text{:}08 - MJ - 240$    EFB

YOU ARE HEREBY COMMANDED to arrest

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment    ___ Information    _X_ Complaint    ___ Order of court    ___ Violation Notice    ___ Probation Violation

charging him or her with (brief description of offenses )
**Conspiracy to Distribute, Possession with intent to Distribute and Manufacture of a Controlled Substance, Use of a Communication Facility in Furtherance of a Drug Trafficking Felony**

in violation of Title 21,  United States Code, Section(s) **841(a)(1), 846 and 843(b)**

| | |
|---|---|
| Hon. EDMUND F. BRENNAN | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| _(signature)_ | 7-14-08 · Sacramento, CA |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at    $ ___    by    Hon. EDMUND F. BRENNAN | |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ___ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Case 1:07-cr-00429-REB    Document 49    Filed 02/28/2008    Page 1 of 1

# United States District Court

——————— DISTRICT OF COLORADO ———————

### UNITED STATES OF AMERICA
v.

DEBRA LEE

**WARRANT FOR ARREST**

CASE NUMBER:

To:   The United States Marshal
      and any Authorized United States Officer

# 07 - C R - 0 0 4 2 9 - REB

YOU ARE HEREBY COMMANDED to arrest _____ DEBRA LEE _____
                                                         Name

and bring her forthwith to the nearest magistrate to answer an

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging her with (brief description of offense)

knowingly and intentionally conspiring to possess with intent to distribute, and to distribute
a mixture or substance containing a detectable amount of 3, 4-methylenedioxy
methamphetamine (MDMA) (commonly known as "Ecstasy" or "X")

in violation of Title 21, United States Code, Sections 846 and 841(a)(1), (b)(1)(C).

GREGORY C. LANGHAM
Clerk, U. S. District Court

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| Signature of Issuing Officer | 2-28-08 Denver, Co<br>Date and Location |
| BAIL FIXED AT $_____ by | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |