UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk
July 21, 2008

General Court Number
415.522.2000

FILED
JUL 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk
U.S. District Court
District of Colorado
Rm. A105   901 - 19th St.
Denver CO 80294

Case Name:      U.S. v. Arthur Lo and Debra Lee
Case Number:    3:08-70445 MAG
Charges:        21:841 Knowingly and intentionally conspire to possess with intent
                to distribute and distribute MDMA Ecstasy or X

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Nandor Vadas   The following action has been taken:

☒   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
☒   The defendant has a court appearance in your court on:
    ~~July 28, 2008  2:00  Judge Brennan~~
    July 31, 2008  Duty calendar

Enclosed are the following documents:
   original Rule 40 affidavit
   original minute orders
   certified copy of AO 94, Commitment to Another District

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

BY GREGORY C. LANGHAM
DEP. CLK
2008 JUL 24 PM 1:18
U.S. DISTRICT COURT

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

07-cv-00429-REB

Date:   7-24-08                              CLERK, U.S. DISTRICT COURT

                                             By